UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL JOSEPH BOUDREAUX | CIVIL ACTION |
| VERSUS | NO. 21-1830 |
| LAFOURCHE PARISH, ET AL. | SECTION: "I"(1) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motions to dismiss[1] filed by CorrectHealth Lafourche, LLC, and the Lafourche Parish Government are **GRANTED**.[2]

**IT IS FURTHER ORDERED** that plaintiff's claims against those defendants are dismissed without prejudice, but with prejudice for the purpose of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, based on his failure to exhaust his administrative remedies.

New Orleans, Louisiana, this 21st day of March, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. Nos. 8 and 15
[2] Those defendants are identified in the complaint as Lafourche Parish, the "Lafourche Parish Med. Dept.," and "Correct Health."