UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL JOSEPH BOUDREAUX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1830** |
| **LAFOURCHE PARISH, ET AL.** | **SECTION: "I"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the State of Louisiana and Sheriff Craig Webre are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

New Orleans, Louisiana, this 23rd day of May, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE